In re the ESTATE OF William Andy LAUER, Aaron Lauer and Leann Hearn, Co–Personal Representatives, Petitioners/Respondents,

v.

Elizabeth ROBINSON, Respondent/Appellant.

No. 65417.

Missouri Court of Appeals, Eastern District, Division Four.

March 7, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 12, 1995.

Application to Transfer Denied May 30, 1995.

Garry McCubbin, St. Louis, for appellant.

Bruce Eastman, Florissant, for respondent.

Before AHRENS, P.J., and SIMON and KAROHL, JJ.

*ORDER*

PER CURIAM.

This is an appeal from a probate court judgment rendered in favor of the Estate of William A. Lauer and Aaron Lauer and Leanne Hearn, Co–Personal Representatives, against defendant, Elizabeth Robinson.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).